COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| JOACHIM P. COX | 7520-0 |
|     jcox@cfhawaii.com | |
| RANDALL C. WHATTOFF | 9487-0 |
|     rwhattoff@cfhawaii.com | |
| KAMALA S. HAAKE | 9515-0 |
|     khaake@cfhawaii.com | |

800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| LISA WOODS MUNGER | 3858-0 |
|     lmunger@goodsill.com | |
| CHRISTINE A. TERADA | 10004-0 |
|     cterada@goodsill.com | |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC and
FOREST CITY RESIDENTIAL MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| Plaintiffs Scott and Danielle Bartlett, Everett Ledman Jr. and Rebecca Allison, Nickle and Adams, Megan and Dennis Catrett, Brent and Brittany Cole, Douglas and Dorenda Schmidt, Joel and Jessica Murphy, William and | CIVIL NO. 16-00654 DKW-KSC<br><br>DEFENDANTS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S |

| | |
|---|---|
| Lora Jones, Luaren and Nicole LaVine, and Myron and Enjoli Ellis,<br><br>        Plaintiffs,<br><br>   vs.<br><br>Ohana Military Communities, LLC, Forest City Residential Management, Inc.; and DOE Defendants 1-10,<br><br>        Defendants. | CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE<br><br>No Trial Date Set |

**DEFENDANTS OHANA MILITARY COMMUNITIES, LLC AND FOREST CITY RESIDENTIAL MANAGEMENT, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Defendants Ohana Military Communities, LLC ("Ohana") and Forest City Residential Management, LLC, successor by conversion to Forest City Residential Management, Inc. ("Forest City") (collectively "Defendants") file this Corporate Disclosure Statement and hereby discloses as follows:

      A.    Ohana is a Hawaii limited liability company. Ohana is managed by its members, Hawaii Military Communities LLC and the United States of America, Department of the Navy.

      B.    Forest City Residential Management, LLC is an Ohio limited liability company wholly owned by Forest City Properties, LLC, an Ohio limited liability company ("FCP"); FCP is wholly owned by Forest City Enterprises, L.P.,

2

a Delaware limited partnership ("FCE"); FCE's sole general partner is Forest City Realty Trust, Inc., a Maryland corporation ("FCRT"), and FCE's sole limited partner is FCILP, LLC, a Delaware limited liability company ("FCILP"); and FCILP is wholly owned by FCRT.

        C.     FCRT is a publicly traded corporation on the New York Stock Exchange.

        DATED: Honolulu, Hawaiʻi, December 13, 2016.

/s/  Randall C. Whattoff
LISA WOODS MUNGER
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
CHRISTINE A. TERADA

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| Plaintiffs Scott and Danielle Bartlett, Everett Ledman Jr. and Rebecca Allison, Nickle and Adams, Megan and Dennis Catrett, Brent and Brittany Cole, Douglas and Dorenda Schmidt, Joel and Jessica Murphy, William and Lora Jones, Luaren and Nicole LaVine, and Myron and Enjoli Ellis,<br><br>          Plaintiffs,<br><br>  vs.<br><br>Ohana Military Communities, LLC, Forest City Residential Management, Inc.; and DOE Defendants 1-10,<br><br>          Defendants. | CIVIL NO. 16-00654 DKW-KSC<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on the date indicated below:

**Served Electronically through CM/ECF:**

P. Kyle Smith, Esq.            kyle@smithhawaii.law
Smith Law
970 N. Kalaheo Ave., Suite A301
Kailua, HI 96734

Terrance M. Revere, Esq.       terry@revereandassociates.com
Revere & Associates
Pali Palms Plaza
970 North Kalaheo Ave., Suite A301
Kailua, HI 96734

Attorneys for Plaintiffs


DATED: Honolulu, Hawaiʻi, December 13, 2016.


/s/ Randall C. Whattoff
LISA WOODS MUNGER
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE
CHRISTINE A. TERADA

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC
and FOREST CITY RESIDENTIAL
MANAGEMENT, INC.